JUDGE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 04-5142 RBL |
| Plaintiff, | ) | |
| | ) | ORDER RETURNING PASSPORT |
| vs. | ) | |
| KENT LEROY HARRIS, | ) | |
| Defendant. | ) | |

This matter having come before the Court on the defendant's Motion for Return of Passport, the Court having reviewed the motion, and the records and files herein, it appearing from the records and files herein that the above-named defendant has been sentenced and that his passport posted with the Clerk as a requirement for release on bond should be returned as the case has been concluded.

//

//

//

(PROPOSED) ORDER RETURNING PASSPORT
(*Kent Harris*; #04-5142RBL)     1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the passport be returned to the defendant.

DATED this 5th day of July, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Timothy R. Lohraff
WSBA # 32145
Attorney for Kent Leroy Harris
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
tim_lohraff@fd.org

(PROPOSED) ORDER RETURNING PASSPORT
(*Kent Harris*; #04-5142RBL)                    2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**